# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Mohammed Awal Ruhul Hark, | ) | CASE NO: 4:17CV1372 |
| | ) | |
| Petitioner, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | **ORDER AND DECISION** |
| | ) | |
| Jeff Sessions, et al., | ) | |
| | ) | (Resolving Doc. 6) |
| Respondents. | ) | |

On June 28, 2017, Petitioner Mohammed Awal Ruhul Hark filed the pending § 2241 petition. In his petition, Hark sought an order that compelled his release from the custody of United States Immigration and Customs Enforcement. Hark alleged that he had been in ICE custody since August 14, 2016 and that his removal to his home country of Ghana was not in the reasonably foreseeable future.

On September 7, 2017, the Government moved to dismiss this matter. Doc. 6. In so doing, the Government noted that Hark was removed from the country pursuant to his final order of removal on August 29, 2017.

Upon review, the motion to dismiss is well taken. Hark's removal from the country renders moot any request that he be released from ICE's custody. Accordingly, this matter no longer presents a live case or controversy. The Government's motion to dismiss is GRANTED. The petition, therefore, is hereby dismissed without prejudice as moot.

IT IS SO ORDERED.


September 29, 2017 /s/ *Judge John R. Adams*
Date JUDGE JOHN R. ADAMS
UNITED STATES DISTRICT COURT